**No. 09-7856. Terry Anderson, et ux., Petitioners v. Indian Springs Land Investment, LLC, et al.**

559 U.S. 944, 130 S. Ct. 1512, 176 L. Ed. 2d 121, 2010 U.S. LEXIS 1226.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 147 Idaho 737, 215 P.3d 457.